UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| TERIC MILLER and DANIEL CHARLES, : <br>       Plaintiffs,   : <br>  : <br> v.       : <br>  : <br> LUXOTTICA OF AMERICA INC.,   : <br> AND PROFESSIONAL SECURITY   : <br> CONSULTANTS, INC.   : <br>       Defendants.   : | CIVIL ACTION NO: <br><br><br><br><br><br><br> NOVEMBER 1, 2019 |

**PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Luxottica of America Inc. respectfully states:

1.      On or about October 2, 2019, an action was commenced against Defendant in the Superior Court for the Judicial District of Waterbury, in the State of Connecticut, entitled Teric Miller et al. v. Luxottica of America, Inc. et al., bearing Docket No. UWY-CV19-6050819-S, with the service of a Summons, Complaint, and Statement of Amount in Demand.  Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2.      The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3.      28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4.      The Complaint alleges that Plaintiffs are residents of Connecticut.

5.    Defendant Luxottica of America Inc. is incorporated in Ohio, with its principal place of business in Mason, Ohio.

6.    Defendant Professional Security Consultants, Inc. is incorporated in California.  It has a principal place of business in Los Angeles, California.

7.    There are no other defendants in this case.

8.    The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9.    Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on October 2, 2019, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Waterbury, be removed to this Court.

DEFENDANT,
LUXOTTICA OF AMERICA INC.

By: *s/ Sarah R. Skubas*
Sarah R. Skubas (ct 28327)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
sarah.skubas@jacksonlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 1, 2019, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

Michelle N. Holmes
One Exchange Place
21 West Main Street
Waterbury, CT 06702

*s/ Sarah R. Skubas*
Sarah R. Skubas

3