# Exhibit A

## State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm: JACKSON LEWIS PC (409670)**                    **E-Mail: theriaud@jacksonlewis.com**   Logout

**Hide Instructions**                    **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

Print This Page

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | UWY-CV-19-6050819-S |
| **Case Name:** | MILLER, TERIC Et Al v. LUXOTTICA OF AMERICA, INC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Nov-1-2019 |
| **Motion/Pleading by:** | JACKSON LEWIS PC (409670) |
| **Document Filed:** | 102.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Friday, November 1, 2019 4:29:45 PM |

E-File Another Pleading/Motion/Other document on this Case

Return to Civil / Family Menu        Return to Case Detail

Copyright © 2019, State of Connecticut Judicial Branch

DOCKET NO.UWY-CV19-6050819-S     :

    :     SUPERIOR COURT

TERIC MILLER and DANIEL CHARLES,     :
    Plaintiffs,     :

    :     J.D. OF WATERBURY

v.     :

    :

LUXOTTICA OF AMERICA INC.,     :
AND PROFESSIONAL SECURITY     :
CONSULTANTS, INC.     :
    Defendants.     :     NOVEMBER 1, 2019

## NOTICE OF FILING PETITION FOR REMOVAL

TO THE JUDGES OF THE SUPERIOR COURT FOR THE STATE OF CONNECTICUT, WITHIN; AND TO ALL PARTIES TO THE ACTION HEREIN:

PLEASE TAKE NOTICE that Defendant Luxottica of America Inc., filed a Petition for Removal of this action in the United States District Court for the District of Connecticut on November 1, 2019, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. This petition is filed and served pursuant to 28 U.S.C. § 1446.

DEFENDANT,
LUXOTTICA OF AMERICA INC.

By: *s/ 430004*
    Sarah R. Skubas
    sarah.skubas@jacksonlewis.com
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    P: (860) 522-0404
    F: (860) 247-1330
    Juris No. 409670

**CERTIFICATION OF SERVICE**

I hereby certify that on November 1, 2019, a copy of foregoing was served by first class

mail, postage prepaid on Plaintiff's counsel of record:

> Michelle N. Holmes
> One Exchange Place
> 21 West Main Street
> Waterbury, CT 06702

> _s/ Sarah R. Skubas_
> Sarah R. Skubas